# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

S.B.,

             Petitioner

        v.

H.D., A/K/A H.S., AND D.G.,

            Respondents

: No. 199 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.